

FILED
AUG 12 2014

UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

NORTHERN DIVISION

| | | |
|---|---|---|
| G L O, INC., | * | |
| | * | CIV. 14-1002 |
| Plaintiff, | * | |
| | * | |
| v. | * | ORDER OF DISMISSAL |
| | * | |
| WM KUETHER, INCORPORATED | * | |
| and WILLIAM M. KUETHER, | * | |
| | * | |
| Defendants. | * | |

Based on the Stipulation for Order of Dismissal entered into by the parties through their attorneys of record, and good cause appearing

IT IS HEREBY ORDERED AND DECREED that this action, including all claims asserted or which could have been asserted by the Plaintiff against the Defendants and all claims asserted or which could have been asserted by the Defendants, or either of them, against the Plaintiff, shall be and hereby is dismissed, with prejudice, and without taxation of costs or expenses.

Dated August __11__, 2014.

BY THE COURT:

_Charles B. Kornmann_
CHARLES B. KORNMANN
United States District Judge